UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHALED EL MAWARDY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET, INC., LAWRENCE PAGE, and RUTH PORAT,<br><br>    Defendants. | CASE NO.: 1:18-cv-05704-JBW-LB<br><br>**STIPULATION AND ORDER REGARDING TRANSFER OF ACTION PURSUANT TO 28 U.S.C. § 1404(a)** |

  IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties as follows:

  WHEREAS, on October 11, 2018, Plaintiff Khaled El Mawardy ("Plaintiff") filed a complaint in the United States District Court for the Eastern District of New York (the "Mawardy Action") against Alphabet Inc., Lawrence Page, and Ruth Porat (the "Alphabet Defendants"), asserting claims under Sections 10 and 20 of the federal Securities Exchange Act of 1934 ("Securities Exchange Act");

  WHEREAS, on the same day, October 11, 2018, Adam Wicks filed a complaint (the "Wicks Action") in the United States District Court for the Northern District of California against the Alphabet Defendants and Sundar Pichai, also asserting claims under Sections 10 and 20 of the Securities Exchange Act and concerning substantially the same parties, transactions, and events;

  WHEREAS, the Alphabet Defendants and Sundar Pichai, as well as the majority of potential witnesses and likely relevant documents, are located in Santa Clara County, within the Northern District of California;

WHEREAS, the Mawardy Action could have been filed initially in the Northern District of California;

WHEREAS, the Parties in the Mawardy Action have met and conferred, and agree that, pursuant to 28 U.S.C. § 1404(a), the interests of justice and the convenience of parties and witnesses would be best served by transferring this action to the United States District Court for the Northern District of California, the federal judicial district in which the Alphabet Defendants are located and the Wicks Action is pending;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, by and through the undersigned counsel, as follows:

Pursuant to 28 U.S.C. § 1404(a), venue of the above-captioned action shall be transferred to the United States District Court for the Northern District of California.

The Parties jointly respectfully request that the Court enter an order transferring the present Mawardy Action to the United States District Court for the Northern District of California.

IT IS SO STIPULATED.

Dated: October 24, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ GAS
Name: Gideon A. Schor (GS 5932)
Address:  1301 Avenue of the Americas
          40th Floor
          New York, New York 10019-6022
Telephone: (212) 999.5800
Facsimile:  (212) 999.5899
Email: gschor@wsgr.com

Attorneys for Defendants Alphabet Inc., Lawrence Page, and Ruth Porat

-2-
STIPULATION AND ORDER REGARDING TRANSFER OF ACTION PURSUANT TO
28 U.S.C. § 1404(a)

Dated: October 22, 2018               THE ROSEN LAW FIRM, P.A.

                                      By: *Phillip Kim (with permission)*
                                      Name: Phillip Kim, Esq. (PK 9384)
                                      Address: 275 Madison Ave., 34th Floor
                                               New York, NY 10016
                                      Telephone: (212) 686-1060
                                      Facsimile: (212) 202-3827
                                      Email: pkim@rosenlegal.com
                                             lrosen@rosenlegal.com

                                      Attorneys for Plaintiff Khaled El Mawardy

SO ORDERED

Dated: October __, 2018               _____
                                      Hon. Jack B. Weinstein

-3-
STIPULATION AND ORDER REGARDING TRANSFER OF ACTION PURSUANT TO
28 U.S.C. § 1404(a)