

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
KHALED EL MAWARDY et al

                v
                                            ORDER
                                            CV18-5704

ALPHABET INC. et al
-----------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge**


        Pursuant to stipulation of the parties, this action is transferred to the Northern

District of California.


                                      SO ORDERED


                                          JACK B. WEINSTEIN
                                          SR. UNITED STATES DISTRICT JUDGE


Dated: 10/30/18

